IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMAL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cv-0162-MJR-SCW |
| | ) |
| JOHN BALDWIN, | ) |
| CHRISTINE BROWN, | ) |
| JACQUELINE LASHBROOK, | ) |
| LARUE LOVE, | ) |
| WEXFORD MEDICAL SOURCES, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

On May 16, 2018, the Honorable Stephen C. Williams, United States Magistrate Judge, held a status conference in this case to determine Plaintiff's intent to continue to prosecute the matter (Dkt. txt. 37). At the hearing, the Defendants' moved orally for dismissal for failure to prosecute (Dkt. txt. 38). On May 21, 2018, Judge Williams issued a Report and Recommendation (R&R) wherein he indicated that this matter would be dismissed with prejudice if Plaintiff failed to appear to continue prosecuting the matter (Doc. 39). Plaintiff never supplied the Court with change of address information when he was released from prison, so the Court was unable to specifically direct the R&R to a known address. However, the R&R was available as a matter of public record. The R&R indicated that the case would be dismissed if Plaintiff took no further action by June 7, 2018. Judge Williams recommends that

the undersigned District Judge DISMISS this matter for lack of prosecution (Doc. 39). The 14-day deadline—June 7, 2018—came and went without any objections being filed.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 39). The Court finds that Magistrate Judge Williams's recommendations are sound, particularly in light of the Plaintiff's failure to participate in this matter. This matter is hereby **DISMISSED** with prejudice for failure to prosecute. The Clerk's Office is **DIRECTED** to close this case, effective immediately.

**IT IS SO ORDERED.**

DATED: July 27, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge